COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:     Thor Kirby 3 Group, LLC v. Frances H. Pengra, et al

Appellate case number:   01-13-00229-CV

Trial court case number: 2011-20523

Trial court:             215th District Court of Harris County

Thor Kirby 3 Group, LLC (Thor), GWV Kirby, LLC (GWV) and Frances H. Pengra, et al (Plaintiffs) have filed an unopposed joint motion to abate in which they represent that all of the parties have reached settlement agreements which eliminate the need for the Thor's appeal, Plaintiffs' cross-appeal, and GWV's cross-appeal. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(C), the parties request that this Court abate the appeal in its entirety (including both cross-appeals) in order to permit proceedings in the trial court to effectuate the agreement between Thor and Plaintiffs. We **grant** the request. We **abate** the appeal and hereby remove it from the Court's active docket. We **remand** the case to the trial court to effectuate the settlement agreement between Thor and Plaintiffs.

The parties shall file a joint motion to reinstate the case and dismiss the appeal and cross-appeals after the trial court has effectuated the settlement agreement between Thor and Plaintiffs.

If the trial court proceedings have not concluded within **45 days** after the date of this order or no joint motion to reinstate and dismiss has been filed with this Court, the parties shall provide this Court with a status report of the proceedings.


Judge's signature: /s/ Jim Sharp
                        ☑ Acting individually    ☐ Acting for the Court

Date: March 4, 2014